**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARY G. COLE,**
      **Plaintiff,**

**vs.**                                                                  **Case No. 3:08cv70/LAC/MD**

**DEFENSE COMMISSARY AGENCY,**
      **Defendant.**

---

**REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk.  Plaintiff initiated this action on February 20, 2008 by filing a complaint under Title VII of the Civil Rights Act of 1964 (doc. 1) and an application to proceed *in forma pauperis* (doc. 2). The *in forma pauperis* application was deficient because plaintiff only partially completed the financial affidavit form, failing to answer a number of questions concerning her financial status.  Because the information plaintiff did provide was insufficient to enable this court to accurately assess her financial circumstances, the court issued an order on February 27, 2008 denying the motion without prejudice to plaintiff refiling it with a complete financial affidavit (doc. 5).

On March 28, 2008 plaintiff filed a second motion to proceed *in forma pauperis*, this time providing more complete financial information (doc. 6).  Based on that information, the court concluded that plaintiff was able to pay the $350.00 filing fee (doc. 7).  Accordingly, plaintiff's motion was denied, and plaintiff was given thirty (30) days in which to pay the fee (doc. 7).  Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action.

Thirty days elapsed, and plaintiff neither paid the filing fee nor explained her inability to do so.  Accordingly, on May 19, 2008 the court issued and order directing plaintiff to show cause within twenty days why her case should not be dismissed for

**failure to comply with an order of the court (doc. 8).  Over twenty days has elapsed, and plaintiff has not responded to the order or paid the filing fee.**

**Accordingly, it is respectfully RECOMMENDED:**

**That this case be DISMISSED without prejudice for plaintiff's failure to comply with an order of the court.**

**At Pensacola, Florida, this 26ᵗʰ day of June, 2008.**

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11ᵗʰ Cir. 1988).**